**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>District of New Jersey | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Theragen, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**33-1066973** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**10 Lake Drive East**<br>**East Windsor, NJ**<br>ZIP Code **08520** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Mercer** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (amount subject to adjustment on 4/01/13 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(4/10)     Page 2

| Voluntary Petition<br>(This page must be completed and filed in every case) | Name of Debtor(s):<br>Theragen, Inc. |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: - None - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor:<br>Advent Pharmaceuticals, Inc. | Case Number: | Date Filed: |
|---|---|---|
| District:<br>Trenton, New Jersey | Relationship:<br>Same Principals | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)    (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                  Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| (This page must be completed and filed in every case) | Theragen, Inc. |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X /s/ Barry W. Frost, Esq.
Signature of Attorney for Debtor(s)

Barry W. Frost, Esq.
Printed Name of Attorney for Debtor(s)

Teich Groh
Firm Name

691 State Highway 33
Mercerville
Trenton, NJ 08619-4492
Address

609-890-1500  Fax: 609-890-6961
Telephone Number

May 18, 2011
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X /s/ Bharat K. Patel
Signature of Authorized Individual

Bharat K. Patel
Printed Name of Authorized Individual

President
Title of Authorized Individual

May 18, 2011
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
### District of New Jersey

In re  **Theragen, Inc.**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **American Enterprises, LLC**<br>**4595 Sandesara Drive**<br>**Prince George, VA 23875** | **American Enterprises, LLC**<br>**4595 Sandesara Drive**<br>**Prince George, VA 23875** | | | **28,850.00** |
| **Atul Haveri**<br>**135 Ilford Avenue**<br>**North Arlington, NJ 07031** | **Atul Haveri**<br>**135 Ilford Avenue**<br>**North Arlington, NJ 07031** | **Loan** | | **25,000.00** |
| **Bergan Capital/E.D.A. Bonds**<br>**Bank of Oklahoma**<br>**Trust Service**<br>**PO Box 1270**<br>**Tulsa, OK 74101** | **Bergan Capital/E.D.A. Bonds**<br>**Bank of Oklahoma**<br>**Trust Service**<br>**Tulsa, OK 74101** | **10 Lake Drive East, East Windsor, New Jersey 08520** | | **3,299,733.39**<br>**(0.00 secured)**<br>**(3,139,329.00 senior lien)** |
| **Bharat K. Patel**<br>**10 Buckingham Drive**<br>**East Brunswick, NJ 08816** | **Bharat K. Patel**<br>**10 Buckingham Drive**<br>**East Brunswick, NJ 08816** | **Loan** | | **171,913.00** |
| **Civale, S, A, M, & Higgins, Inc.**<br>**1540 Kuser Road, Suite A-4**<br>**Trenton, NJ 08619** | **Civale, S, A, M, & Higgins, Inc.**<br>**1540 Kuser Road, Suite A-4**<br>**Trenton, NJ 08619** | | | **35,075.00** |
| **Dipen Desai**<br>**488 Harding Avenue**<br>**Lyndhurst, NJ 07071** | **Dipen Desai**<br>**488 Harding Avenue**<br>**Lyndhurst, NJ 07071** | **Loan** | | **250,000.00** |
| **Hercules, Inc., Aqualon**<br>**Hercules Plaza**<br>**1313 North Market Street**<br>**Wilmington, DE 19894** | **Hercules, Inc., Aqualon**<br>**Hercules Plaza**<br>**1313 North Market Street**<br>**Wilmington, DE 19894** | | | **29,960.00** |
| **J.C. Winters**<br>**300 Midland Avenue**<br>**Metuchen, NJ 08840** | **J.C. Winters**<br>**300 Midland Avenue**<br>**Metuchen, NJ 08840** | **Loan** | | **65,000.00** |
| **Jagruti Patel**<br>**2933 Hellyhill Drive**<br>**Burlington, KY 41005** | **Jagruti Patel**<br>**2933 Hellyhill Drive**<br>**Burlington, KY 41005** | **Loan** | | **80,741.00** |
| **Kamiesh R. Patel**<br>**91 Princeton Arm**<br>**West Windsor, NJ 08512** | **Kamiesh R. Patel**<br>**91 Princeton Arm**<br>**West Windsor, NJ 08512** | **Loan** | | **48,000.00** |
| **Milford Lakeview, LLC**<br>**88 Green Street**<br>**Iselin, NJ 08830** | **Milford Lakeview, LLC**<br>**88 Green Street**<br>**Iselin, NJ 08830** | **Loan** | | **395,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re **Theragen, Inc.**                                           Case No.

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Molded Fiber Glass Tray Co. 6175 US Highway 6 Linesville, PA 16424 | Molded Fiber Glass Tray Co. 6175 US Highway 6 Linesville, PA 16424 | | | 18,144.55 |
| Mukesh Desai and Group 8 Lisazk Lane Somerset, NJ 08875 | Mukesh Desai and Group 8 Lisazk Lane Somerset, NJ 08875 | Loan | | 1,000,000.00 |
| Ocean Nutrition Canada, Ltd. 101 Research Drive Dartmouth NS Canada B27 4T6 | Ocean Nutrition Canada, Ltd. 101 Research Drive | | | 18,500.00 |
| Prime Nutrisources, Inc. 400 Finchdene Square, Unit 22 Toronto, ON-M1x 1E2 | Prime Nutrisources, Inc. 400 Finchdene Square, Unit 22 | | | 30,255.06 |
| PSV, Ltd. 2001 Tremont Street Dover, OH 44622 | PSV, Ltd. 2001 Tremont Street Dover, OH 44622 | Loan | | 75,000.00 |
| QC Laboratories PO Box 514 1205 Industrial Boulevard Southampton, PA 18966 | QC Laboratories PO Box 514 1205 Industrial Boulevard Southampton, PA 18966 | | | 24,946.00 |
| Rajendra Patel 177 Mundy Avenue Edison, NJ 08820 | Rajendra Patel 177 Mundy Avenue Edison, NJ 08820 | Loan | | 150,000.00 |
| UPS Capital Business Credit c/o Jay Samuels, Esquire Windels, Marx, Lane & Mittendorf 120 Albany Street Plaza New Brunswick, NJ 08901 | UPS Capital Business Credit c/o Jay Samuels, Esquire Windels, Marx, Lane & Mittendorf New Brunswick, NJ 08901 | 10 Lake Drive East, East Windsor, New Jersey 08520 | | 3,139,329.00 (0.00 secured) |
| Walder, Hayden & Brogan, P.A. 5 Becker Farm Road Roseland, NJ 07068 | Walder, Hayden & Brogan, P.A. 5 Becker Farm Road Roseland, NJ 07068 | | | 62,937.61 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 18, 2011**                    Signature  **/s/ Bharat K. Patel**
                                                     **Bharat K. Patel**
                                                     **President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### District of New Jersey

In re    **Theragen, Inc.**                  Case No. _____
                         Debtor(s)              Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **May 18, 2011**             **/s/ Bharat K. Patel**
                                       **Bharat K. Patel**/**President**
                                       Signer/Title

ABJ Sprinkler Co., Inc.
PO Box 128
Richwood, NJ 08074


American Enterprises, LLC
4595 Sandesara Drive
Prince George, VA 23875


American International Chemicals
136 Newbury Street
Framingham, MA 01701


Atul Haveri
135 Ilford Avenue
North Arlington, NJ 07031


Bank of Oklahoma
Corporate Trust
One William Center, 10th Floor
Tulsa, OK 74101


Bergan Capital/E.D.A. Bonds
Bank of Oklahoma
Trust Service
PO Box 1270
Tulsa, OK 74101


Bharat K. Patel
10 Buckingham Drive
East Brunswick, NJ 08816


Blumberg Excelsior
62 White Street
New York, NY 10013


Brookfield Engineering Lab, Inc.
11 Commerce Boulevard
Middleboro, MA 02346


Buchanan Ingersoll, PC
One Oxford Center
301 Grant Street, 20th Floor
Pittsburgh, PA 15219

Central Boiler Repair Co., Inc.
PO Box 256
1702 Highway 35
Oakhurst, NJ 07755


Cintas Corporation #062
51 New England Avenue
Piscataway, NJ 08854


Civale, S, A, M, & Higgins, Inc.
1540 Kuser Road, Suite A-4
Trenton, NJ 08619


Classic Printer
140 Ethel Road West, Unit K
Piscataway, NJ 08854


Comcast
PO Box 69
Newark, NJ 07101


Contract Coating, Inc.
161 Beach Street
Hackensack, NJ 07601


Covance
3301 Kinsman Boulevard
Madison, WI 53704


Dipen Desai
488 Harding Avenue
Lyndhurst, NJ 07071


East Windsor Municipal Utilities Auth.
7 Wiltshire Drive
Hightstown, NJ 08520


Hercules, Inc., Aqualon
Hercules Plaza
1313 North Market Street
Wilmington, DE 19894


Hughes Enterprises
2 Industrial Drive
Trenton, NJ 08619

```
J.C. Winters
300 Midland Avenue
Metuchen, NJ 08840


Jagruti Patel
2933 Hellyhill Drive
Burlington, KY 41005


Kamiesh R. Patel
91 Princeton Arm
West Windsor, NJ 08512


Lab Express
24 F Commerce Boulevard
Fairfield, NJ 07004


Markem Corporation
150 Congress Street
Keene, NH 03431


Midco Waste Systems
5 Industrial Drive
New Brunswick, NJ 08901


Milford Lakeview, LLC
88 Green Street
Iselin, NJ 08830


Molded Fiber Glass Tray Co.
6175 US Highway 6
Linesville, PA 16424


Mukesh Desai and Group
8 Lisazk Lane
Somerset, NJ 08875


Ocean Nutrition Canada, Ltd.
101 Research Drive
Dartmouth NS Canada B27 4T6


Prime Nutrisources, Inc.
400 Finchdene Square, Unit 22
Toronto, ON-M1x 1E2
```

Professional Appraisal Associates
54 Mian Street, Suite 101
Succasuhnna, NJ 07886


PSV, Ltd.
2001 Tremont Street
Dover, OH 44622


QC Laboratories
PO Box 514
1205 Industrial Boulevard
Southampton, PA 18966


Quench USA, LLC
PO Box 8500-53203
Philadelphia, PA 19178


Rajendra Patel
177 Mundy Avenue
Edison, NJ 08820


Royco Packaging, Inc.
3979 Mann Road
Huntingdon Valley, PA 19006


S/H Technical Parts
3 Fernwood Avenue
Edison, NJ 08820


Salson Logistics
888 Doremus Avenue
Newark, NJ 07114


Supreme Security Systems, Inc.
1565 Union Avenue
Union, NJ 07083


Uline
2200 Lake Side Drive
Waukegan, IL 60085


Ultratech Princeton Co.
5851 Crossroad Comm.
Grand Rapids, MI 49519

UPS Capital Business Credit
c/o Jay Samuels, Esquire
Windels, Marx, Lane & Mittendorf
120 Albany Street Plaza
New Brunswick, NJ 08901


UPS Capital Business Credit
PO Box 400
Windsor, CT 06095


Verizon
PO Box 4833
Trenton, NJ 08650


VWR Internationals
PO Box 640169
Pittsburgh, PA 15264


Walder, Hayden & Brogan, P.A.
5 Becker Farm Road
Roseland, NJ 07068


Western Pest Services
423 Shrewsbury Avenue
Shrewsbury, NJ 07702

## United States Bankruptcy Court
### District of New Jersey

In re **Theragen, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Bharat K. Patel**, declare under penalty of perjury that I am the **President** of **Theragen, Inc.**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **17th** day of **May**, 20**11**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bharat K. Patel**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bharat K. Patel**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bharat K. Patel**, **President** of this Corporation is authorized and directed to employ **Barry W. Frost, Esq.**, attorney and the law firm of **Teich Groh** to represent the corporation in such bankruptcy case."

Date  5/17/2011

Signed  */s/ Bharat K. Patel*
**Bharat K. Patel**

Resolution of Board of Directors
of
**Theragen, Inc.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **11** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Bharat K. Patel**, **President** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **11** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Bharat K. Patel**, **President** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Bharat K. Patel**, **President** of this Corporation is authorized and directed to employ **Barry W. Frost, Esq.**, attorney and the law firm of **Teich Groh** to represent the corporation in such bankruptcy case.

Date  5/17/2011                           Signed  */s/ Bharat K. Patel*

Date                                      Signed